J. FRANKLIN SPEARS, and MARIE SPEARS, his wife; J. ARCHIE CLEMENT, and MARGUERITE CLEMENT, his wife; J. N. FARMER and J. C. McCROCKLIN, as Trustee and the FIRST NATIONAL BANK OF TARPON SPRINGS, a corporation, *Appellants,* vs. WEST COAST BUILDERS SUPPLY COMPANY, a corporation, E. W. BURNETT and P. C. BURNETT, *Appellees.*

Opinion filed February 25, 1931.

*J. C. Davant,* for Appellants;

*Shackleford, Ivy, Farrior & Shannon,* for Appellees.

982

984

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the order of the court below should be, and the same is hereby, affirmed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.